1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. KELLY
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

FILED

JUL 2 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:06 CR 00245 AWI |
| Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| v. | |
| CATALINO JAQUEZ, and JESUS PEREZ ASVEDO, aka "CHUY" | |
| Defendants. | |

The indictment in this case having been sealed by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is hereby ORDERED that the indictment be unsealed and made public record.

Dated: July 21, 2006

_____
United States Magistrate Judge

1