1   **DANIEL A. BACON** 065099
    Attorney at Law
2   5200 North Palm, Suite 408
    Fresno, California 93704
3   Telephone: (559) 241-7000

4   Attorney for CATALINO JAQUEZ

5

6                  UNITED STATES DISTRICT COURT

7                  EASTERN DISTRICT OF CALIFORNIA

8

9
    UNITED STATES OF AMERICA,          )   Case No. 1-06 CR-00245 LJO
10                                     )
              Plaintiff,               )   STIPULATION TO CONTINUE
11                                     )   STATUS CONFERENCE AND MOTIONS.
           vs.                         )   ORDER OF **DENIAL**
12                                     )
    CATALINO JAQUEZ,                   )   DATE:    May 10, 2007
13                                     )   TIME:    9:00 AM
              Defendant.               )   DEPT:    Hon. Lawrence J. O'Neill
14  _____)

15          IT IS HEREBY STIPULATED by and between the parties hereto through

16  their attorneys of record that the status conference and motions hearing presently

17  scheduled before the Hon Lawrence J. O'Neill for May 10, 2007 at the hour of 9:00 AM

18  be continued to June 1, 2007 at 9:00 AM.

19          The parties agree that the delay resulting from the continuance shall be

20  excluded in the interests of Justice, including, but not limited to, the need for the period

21  of time set forth herein for effective defense preparation pursuant to 18 U.S.C.

22  Section 3161 (h)(8)(B)(iv).

23  Dated: May 9, 2007.                 McGREGOR W. SCOTT, United States Attorney

24
                                        By:/s/  Kim Sanchez_____
25                                          KIM SANCHEZ, Assistant U.S. Attorney
                                            Attorney for Plaintiff
26  Dated: May 9, 2007.

27                                      /s/Daniel A. Bacon_____
                                        DANIEL A. BACON,
28                                      Attorney for Defendant CATALINO JAQUEZ

              Stipulation to Continue Status Conference and Order Thereon

1   Dated: May 9, 2007.

2                                              /s/ Eric Kersten
                                               ERIC KERSTEN, Assistant Federal Defender
3                                              Attorney for Defendant JESUS PEREZ ASVEDO

4   Dated: May 9, 2007.

5                                              /s/ Daniel L. Harralson
                                               DANIEL L. HARRALSON
6                                              Attorney for Defendant FELIPE NUNEZ

7
                             ORDER
8
            THE REQUEST TO CONTINUE IS DENIED.  NO GOOD CAUSE
9

10

11  HAS BEEN STATED.  A STIPULATION IN AND OF ITSELF DOES NOT ESTABLISH

12

13  GOOD CAUSE.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16 **DANIEL A. BACON** 065099

17 Attorney at Law

18 5200 North Palm, Suite 408

19 Fresno, California 93704

20 Telephone: (559) 241-7000

21

22 Attorney for CATALINO JAQUEZ

23

24

25

26 UNITED STATES DISTRICT COURT

27

28 EASTERN DISTRICT OF CALIFORNIA

1

2

3

4    UNITED STATES OF AMERICA,          )    Case No. 1-06 CR-00245 LJO

5                                       )

6              Plaintiff,               )    DECLARATION OF DANIEL A. BACON

7                                       )    IN SUPPORT OF STIPULATION

8          vs.                          )    TO CONTINUE STATUS

9                                       )    CONFERENCE AND MOTIONS

10   CATALINO JAQUEZ,                   )

11                                      )    DATE:      May 10, 2007

12             Defendant.               )    TIME:      9:00 AM

13   _____       )    DEPT:      Hon. Lawrence J. O'Neill

14

15         I, Daniel A. Bacon, declare and state as follows:

16         I am an attorney licensed to practice law in the State of California, and

17   before the United States District Court for the Eastern District of California, and I

18   represent defendant Catalino Jaquez in the above-referenced matter.

19         I have been in communication with Assistant United States Attorney Kim

20   Sanchez regarding a counteroffer to her offer to enter a plea of "guilty." She has informed

21   me that she is reviewing the counteroffer.

22         I have been out of the office from April 26, 2007 to May 8, 2007, and have

23   not had an opportunity to discuss with Ms. Sanchez a resolution of the case.   An

24   additional three weeks is necessary so that the parties can attempt to resolve this case.

25         I declare under penalty of perjury that the foregoing is true and correct.

26   Executed this 9th day of May, 2007, at Fresno, California.

27                                    /s/ Daniel A. Bacon
                                      _____
                                      DANIEL A. BACON, Attorney for
28                                    Defendant  CATALINO  JAQUEZIT  IS  SO

Stipulation to Continue Status Conference and Order Thereon                    4

1   ORDERED.

2       **Dated:    May 9, 2007**              **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28