```
1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, CA  93721
   Telephone: (559) 497-4000
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA    ) Case No. 1:06-cr-00245 LJO
                               )
12           Plaintiff,        ) STIPULATION AND
                               ) ORDER FOR CONTINUANCE OF
13        v.                   ) SENTENCING
                               )
14 JESUS ACEVEDO,              )
                               )
15           Defendant.        )
   _____)
16
```

17      IT IS HEREBY STIPULATED by and between McGregor W. Scott,

18 United States Attorney and Kimberly A. Sanchez, Assistant U.S.

19 Attorney and Eric Kersten, attorney for defendant, that the

20 status conference currently set for February 15, 2008 be

21 continued to February 29, 2008 at 9:00 a.m.  The defendant has

22 requested to be interviewed to potentially fulfill one of the

23 requirements for application of USSG §5C1.2(a), limitation on

24 applicability of statutory minimum sentences in certain cases.

25 One of the case agents who would have conducted the interview was

26 deployed to Iraq, and has not yet returned to his DEA duties.

27 The other case agent, who will be conducting the requested

28 interview, is unavailable until after at least February 13, 2008,

as he has training.  The parties consulted in an effort to schedule the debrief at the earliest possible date.  The earliest possible date that all involved can meet led the parties to schedule the debrief for February 20, 2008.  The parties have been informed that the Court is unavailable during the week of February 25, 2008.  Thus, the parties request that the Court grant their request to continue the sentencing hearing until March 7, 2008 at 9:00 a.m.

Dated: February 1, 2008                 Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


                                   By    /s/ Kimberly A. Sanchez
                                        KIMBERLY A. SANCHEZ
                                        Assistant U.S. Attorney

Dated: February 1, 2008                  /s/ Eric Kersten
                                        ERIC KERSTEN
                                        Attorney for Defendant

GOOD CAUSE HAS BEEN STATED FOR THE CONTINUANCE.

IT IS SO ORDERED.

**Dated:   February 3, 2008**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE