ANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JESUS PEREZ-ACEVEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:06-cr-00245 LJO |
| Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING AND |
| v. ) | ORDER THEREON |
| JESUS PEREZ-ACEVEDO, ) | Date: March 28, 2008 |
| Defendants. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLY A. SANCHEZ, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant JESUS PEREZ-ACEVEDO, that the date for sentencing may be continued to March 28, 2008.  **The date currently set for sentencing is March 7, 2008.  The requested new date is March 28, 2008.**

Mr. Perez-Acevedo is seeking the benefit of the safety valve provision set forth at 18 U.S.C. § 3553(f).  The only contested issue is whether the defendant debriefed fully and truthfully as required at 18 U.S.C. § 3553(f)(5).  The parties request additional time to either resolve their disagreement or prepare to fully argue the matter before the court.

\\\\

\\\\

1  The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2  effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  For this reason, the ends of
3  justice served by the granting of the requested continuance outweigh the interests of the public and the
4  defendants in a speedy trial.

McGREGOR W. SCOTT
United States Attorney

DATED: March 4, 2008                By /s/ KIMBERLY A. SANCHEZ
                                       KIMBERLY A. SANCHEZ
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: March 4, 2008                By /s/ Eric V. Kersten
                                       ERIC V. KERSTEN
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       JESUS PEREZ-ACEVEDO


**O R D E R**

The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  Good legal cause exists for the continuance.

IT IS SO ORDERED.

**Dated:    March 4, 2008**            /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE